Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
  E-mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff
Nancy Gordon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GORDON,<br><br>          Plaintiff,<br><br>     vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY; UOP DISABILITY BENEFIT PLAN,<br><br>          Defendants. | Case No. CV09-4405 EMC<br><br>PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PR~~OPOS~~ED] ORDER<br><br>DATE: January 6, 2010<br>TIME:   1:30 p.m.<br><br>Courtroom of the Honorable Edward M. Chen |

TO ALL PARTIES AND THIS HONORABLE COURT:

Plaintiff hereby requests that the Case Management Conference currently set for January 6, 2010 be continued to January 27, 2010 at 1:30 p.m., in order to allow sufficient time for Defendants to be served with the Summons and Complaint and for Defendants to file responsive pleadings.  Plaintiff further requests that the date for filing the ADR Certification be continued to January 6, 2010 and the date for filing the Joint CMC Statement be continue to January 20, 2010.

| | |
|---|---|
| DATED: December 8, 2009 | KANTOR & KANTOR, LLP<br><br>           /S/ *Peter S. Sessions*<br>By: _____<br><br>PETER S. SESSIONS<br>ATTORNEY FOR PLAINTIFF<br>NANCY GORDON |

Plaintiff's Request to Continue Case Management Conference; [Pr~~op~~osed] Order

***ORDER***

The Court having reviewed the request of Plaintiff, Nancy Gordon, for a continuance of the Case Management Conference currently set for January 6, 2010, and finding good cause therefor:

IT IS HEREBY ORDERED that the Case Management Conference in this matter be continued from January 6, 2010 at 1:30 p.m. to January 27, 2010 at 1:30 p.m.

IT IS FURTHER ORDERED that the ADR Certification shall be filed no later than January 6, 2010 and the Joint Case Management Conference Statement shall be filed no later than January 20, 2010.

DATED: December __11__, 2009

_____
The Honorable _____ M. Chen
United States _____ Judge

IT IS SO ORDERED
Judge Edward M. Chen

Plaintiff's Request to Continue Case Management Conference; [Proposed] Order