ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
SHIVANI NANDA (SBN 253891)
Email: Shivani.Nanda@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
AXA EQUITABLE LIFE INSURANCE COMPANY
and UOP DISABILITY BENEFIT PLAN

GLENN R. KANTOR (SBN 122643)
PETER S. SESSIONS (SBN 193301)
Email: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Tel:    (818) 886-2525
Fax:    (818) 350-6272

Attorneys for Plaintiff
NANCY GORDON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GORDON,<br><br>            Plaintiff,<br><br>    vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY; UOP DISABILITY BENEFIT PLAN,<br><br>            Defendants. | Case No.:    CV09-4405 EMC<br><br>**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[Local Rule 6-1]**<br><br>Honorable Edward M. Chen<br><br>Action Filed: September 18, 2009 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Nancy Gordon and defendants AXA Equitable Life Insurance Company and UOP Disability Benefit Plan, through their attorneys of record, as follows:

STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER

USDC NDCA Case # CV09-4405 EMC
500816.1

1.    The parties have agreed that defendants' response to the Complaint shall be due on or before Friday, January 23, 2010; and

2.    This stipulated date for defendants to respond to the Complaint will alter the date of events and deadlines already fixed by Court order.  In its September 18, 2009 ADR Scheduling Order, the Court set the Initial Case Management Conference date for January 6, 2010.   On December 8, 2009, Plaintiff filed a request to continue the case management conference to allow plaintiff additional time to serve defendants.  On December 11, 2009, the Court reset the initial case management conference for January 27, 2010.  Defendant UOP Disabilty Plan was served on December 11, 2009 and service was accomplished on defendant AXA Equitable Life Insurance Company on December 8, 2009.  Thus, defendants' responses to the complaint are currently due on December 31, 2009 and December 28, 2009, respectively.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

If the Court approves this stipulation, the Initial Case Management Conference date will need to be continued so that the parties can conduct the FRCP Rule 26(f) conference of the parties twenty-one (21) days before the scheduling conference.

Date: December 28, 2009

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _/s/ Adrienne C. Publicover_
ADRIENNE C. PUBLICOVER
SHIVANI NANDA
Attorneys for Defendants
AXA EQUITABLE LIFE INSURANCE
COMPANY and UOP DISABILITY
BENEFIT PLAN

Date: December 28, 2009

KANTOR & KANTOR, LLP

By: _/s/ Peter S. Sessions_
GLENN R. KANTOR
PETER S. SESSIONS
Attorneys for Plaintiff
NANCY GORDON

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for defendants to respond to plaintiff's complaint shall be extended to January 23, 2010.

Date: _1/4/10_

By: _____
HONORABLE EDWARD M.
United States M

IT IS SO ORDERED
Judge Edward M. Chen

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-4405 EMC
500816.1