1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  SHIVANI NANDA  (SBN 253891)
   Email: Shivani.Nanda@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
6
   Attorneys for Defendants
7  AXA EQUITABLE LIFE INSURANCE COMPANY
   and UOP DISABILITY BENEFIT PLAN
8

9  GLENN R. KANTOR (SBN 122643)
   PETER S. SESSIONS (SBN 193301)
10 Email: psessions@kantorlaw.net
   KANTOR & KANTOR, LLP
11 19839 Nordhoff Street
   Northridge, California 91324
12 Tel:    (818) 886-2525
   Fax:    (818) 350-6272
13
   Attorneys for Plaintiff
14 NANCY GORDON

15                 UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

18 NANCY GORDON,                      )  Case No.:    CV09-4405 EMC
                                      )
19            Plaintiff,              )  **STIPULATION REGARDING DATE TO**
                                      )  **ANSWER OR OTHERWISE RESPOND**
20       vs.                          )  **TO PLAINTIFF'S COMPLAINT; AND**
                                      )  **[PROPOSED] ORDER**
21 AXA EQUITABLE LIFE INSURANCE       )
   COMPANY; UOP DISABILITY BENEFIT    )  **[Local Rule 6-1]**
22 PLAN,                              )
                                      )  Honorable Edward M. Chen
23            Defendants.             )
                                      )
24 _____)  Action Filed: September 18, 2009

25       **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff

26 Nancy Gordon and defendants AXA Equitable Life Insurance Company and UOP Disability

27 Benefit Plan, through their attorneys of record, as follows:

28

                                      1
         STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
              PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
   USDC NDCA Case # CV09-4405 EMC
   500816.1

1.      The parties have agreed that defendants' response to the Complaint shall be due on or before Friday, January 23, 2010; and

2.      This stipulated date for defendants to respond to the Complaint will alter the date of events and deadlines already fixed by Court order.  In its September 18, 2009 ADR Scheduling Order, the Court set the Initial Case Management Conference date for January 6, 2010.   On December 8, 2009, Plaintiff filed a request to continue the case management conference to allow plaintiff additional time to serve defendants.  On December 11, 2009, the Court reset the initial case management conference for January 27, 2010.  Defendant UOP Disabilty Plan was served on December 11, 2009 and service was accomplished on defendant AXA Equitable Life Insurance Company on December 8, 2009.  Thus, defendants' responses to the complaint are currently due on December 31, 2009 and December 28, 2009, respectively.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

**STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case # CV09-4405 EMC
500816.1

1    If the Court approves this stipulation, the Initial Case Management Conference date will

2   need to be continued so that the parties can conduct the FRCP Rule 26(f) conference of the parties

3   twenty-one (21) days before the scheduling conference.

4

5   Date: December 28, 2009                         WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP
6

7                                          By:   /s/ Adrienne C. Publicover
                                                 ADRIENNE C. PUBLICOVER
8                                                SHIVANI NANDA
                                                 Attorneys for Defendants
9                                                AXA EQUITABLE LIFE INSURANCE
                                                 COMPANY and UOP DISABILITY
10                                               BENEFIT PLAN
11

12  Date: December 28, 2009                         KANTOR & KANTOR, LLP

13

14                                         By:   /s/ Peter S. Sessions
                                                 GLENN R. KANTOR
15                                               PETER S. SESSIONS
                                                 Attorneys for Plaintiff
16                                               NANCY GORDON

17

18                                        **ORDER**

19        Good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for

20  defendants to respond to plaintiff's complaint shall be extended to January 23, 2010.

21

22

23  Date:_____1/4/10_____                    By:_____
                                                 HONORABLE EDWARD M.
24                                               United States M.

25

26

27

28
                                            3
              **STIPULATION REGARDING DATE TO ANSWER OR OTHERWISE RESPOND TO
                    PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
    USDC NDCA Case # CV09-4405 EMC
    500816.1