Glenn R. Kantor, State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
 E-mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone (818) 886-2525
Facsimile (818) 350-6272

Attorneys for Plaintiff
Nancy Gordon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - Oakland

| | |
|---|---|
| NANCY GORDON,<br><br>    Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY; UOP DISABILITY BENEFIT PLAN,<br><br>    Defendants. | Case No. CV09-4405 PJH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date:   February 18, 2010<br>Current Time:   2:00 p.m.<br><br>Proposed Date:  April 22, 2010<br>Proposed Time:  2:00 p.m.<br><br>[Complaint Filed September 19, 2009] |

Plaintiff, Nancy Gordon, and Defendant AXA Equitable Life Insurance Company; UOP Disability Benefit Plan, by and through their respective counsel of record, hereby stipulate as follows:

   1) The Court has scheduled this matter for a Case Management Conference on February 18, 2010;

   2) The parties have scheduled a mediation, on April 5, 2010, with a mutually agreed upon mediator. The first available date for the mediator was April 5, 2010;

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
1

3) The parties are hopeful the matter will settle at the currently scheduled mediation, and in an effort to conserve both Court resources, and the resources of the parties, have stipulated to request the Court continue the Case Management Conference until a date shortly after the mediation. If the matter resolves at the mediation, the parties will immediately advise the Court of the settlement. Based on the foregoing, good cause exists to continue the Case Management Conference to April 20, 2010 at 4:00 p.m, or to another date convenient for the Court.

**IT IS SO STIPULATED.**

DATED:                           KANTOR & KANTOR, LLP

                                 By:    *Peter S. Sessions*
                                          Glenn R. Kantor
                                          Peter S. Sessions
                                          Attorneys for plaintiff Nancy Gordon

DATED:                           WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

                                 By:    *Adrienne C. Publicover*
                                          Adrienne C. Publicover
                                          Attorneys for Defendants
                                          AXA Equitable Life Insurance Company;
                                          UOP Disability Benefit Plan

**ORDER**

Good cause appearing, it is hereby ordered that:    2) 2:00pm

The Case Management Conference is continued to April 2~~0~~ at ~~4:00~~ p.m.

The parties shall submit a Joint Supplemental Case Management Statement seven (7) days prior to the Case Management Conference.

DATED:    FEB 1 2 2010

                                            HONORABLE ~~PHY~~LLIS J. HAMILTON
                                            U.S. District Court Judge