1  Glenn R. Kantor, State Bar No. 122643
     E-mail: gkantor@kantorlaw.net
2  Peter S. Sessions, State Bar No. 193301
     E-mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Tel: (818) 886-2525
5  Fax: (818) 350-6272

6  Attorneys for Plaintiff
   Nancy Gordon
7

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | NANCY GORDON,                          | Case No. CV 09-4405 PJH
12 |                                        |
   |           Plaintiff,                   | **NOTICE OF SETTLEMENT**
13 |                                        |  AND ORDER CONTINUING
   |      vs.                               |  CASE MANAGEMENT
14 |                                        |  CONFERENCE
15 | AXA EQUITABLE LIFE INSURANCE           |
   | COMPANY; UOP DISABILITY BENEFIT        |
16 | PLAN,                                  |
17 |                                        |
   |           Defendants.                  |
18

19
20
21
22
23
24
25
26
27
28

---

**NOTICE OF SETTLEMENT**
**Case No. CV 09-4405 PJH**

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled
3  action. It is anticipated that a Stipulation for Dismissal will be filed within 30 days.

4  The Court is respectfully requested to vacate all court dates, including the Case Management
5  Conference currently scheduled for April 22, 2010.

Dated: April 15, 2010                          KANTOR & KANTOR LLP

                                               By:      /S/ Peters S. Sessions
                                                   Peter S. Sessions
                                                   Attorneys for Plaintiff
                                                   Nancy Gordon

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MAY 27, 2010 AT 2:00 P.M.
THE CASE MANAGEMENT CONFERENCE WILL BE VACATED UPON THE FILING OF A
STIPULATED DISMISSAL.

4/16/10

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA