1  Glenn R. Kantor, State Bar No. 122643
     E-mail: gkantor@kantorlaw.net
2  Peter S. Sessions, State Bar No. 193301
     E-mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, California 91324
   Telephone (818) 886-2525
5  Facsimile (818) 350-6272

6  Attorneys for Plaintiff
   Nancy Gordon
7

8  Adrienne C. Publicover, State Bar No. 161432
     E-mail: adrienne.publicover@wilsonelser.com
9  Shivani Nanda, State Bar No. 253891
     E-mail: shivani.nanda@wilsonelser.com
10 WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
11 525 Market Street, 17th Floor
   San Francisco, California 94105
12 Tel: (415) 433-0990
   Fax: (415) 434-1370
13
   Attorneys for Defendants
14 AXA Equitable Life Insurance Company
   and UOP Disability Benefit Plan
15

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA - Oakland

18

19 NANCY GORDON,                       )  Case No. CV09-4405 PJH
                                       )
20           Plaintiff,                )
                                       )  STIPULATION AND [PROPOSED]
21      vs.                            )  ORDER FOR DISMISSAL OF
                                       )  ACTION WITH PREJUDICE
22                                     )
                                       )
23                                     )
   AXA EQUITABLE LIFE                  )
24 INSURANCE COMPANY; UOP              )
   DISABILITY BENEFIT PLAN,            )
25                                     )
             Defendants.               )
26                                     )
   _____ )
27

28
   _____
   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
                                    1

Following settlement of this matter, Plaintiff Nancy Gordon and Defendants AXA Equitable Life Insurance Company and UOP Disability Benefit Plan, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses and attorney's fees.

DATED: May 19, 2010                                KANTOR & KANTOR, LLP

                                          By:   */s/ Peter S. Sessions*
                                                Glenn R. Kantor
                                                Peter S. Sessions
                                                Attorneys for Plaintiff Nancy Gordon

DATED: May 19, 2010                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                          By:   */s/ Shivani Nanda*
                                                Adrienne C. Publicover
                                                Shivani Nanda
                                                Attorneys for Defendants
                                                AXA Equitable Life Insurance Company;
                                                UOP Disability Benefit Plan

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 5/26/10                                    _____
                                                  HONORABLE PHYLLIS J. HAMILTON
                                                  U.S. District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
2